AO 243   (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District SOUTHERN DISTRICT TEXAS | |
|---|---|---|
| Name of Movant   RUDY RUDOLPH | Prisoner No.   88466-079 | Case No.   H-00-633-02 |
| Place of Confinement | | |
| FEDERAL COMPLES LOW COLEMAN FLORID | | |

**H-05-0669**

United States Courts
Southern District of Texas
FILED
FEB 25 2005

| UNITED STATES OF AMERICA   RUDY RUDOLPH | (name under which convicted) | Michael N. Milby, Clerk |
|---|---|---|

## MOTION

1. Name and location of court which entered the judgment of conviction under attack   DISTRICT COURT

   SOUTHERN DISTRICT TEXAS HOUSTON

2. Date of judgment of conviction   10-23-03

3. Length of                    60months

4. Nature of offense involved (all counts)   Mail Fraud

   _____

   _____

   _____

5. What was your plea?  (Check one)
   (a) Not guilty          ☐
   (b) Guilty              ☒
   (c) Nolo contendere     ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
   (a) Jury                ☐
   (b) Judge only          ☐

7. Did you testify at the trial?
   Yes  ☐     No  ☐

8. Did you appeal from the judgment of conviction?
   Yes  ☐     No  ☒

(2)

AO 243   (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
   Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court _____

      (2) Nature of proceeding _____

      _____

      (3) Grounds raised _____

      _____

      _____

      _____

      _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☐

      (5) Result _____

      (6) Date of result _____

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court _____

      (2) Name of proceeding _____

      _____

      (3) Grounds raised _____

      _____

      _____

      _____

      _____

AO 243   (Rev. 5/85)

(4)   Did you receive an evidentiary hearing on your petition, application or motion?
        Yes   ☐      No ☐

(5)   Result _____

(6)   Date of result _____

(c)   Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application
        or motion?
        (1)   First petition, etc.            Yes ☐        No ☐
        (2)   Second petition, etc.        Yes ☐        No ☐

(d)   If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.   State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties
        of the United States. Summarize briefly the facts supporting each ground.  If necessary, you may attach pages stating
        additional grounds and facts supporting same.

        CAUTION:  If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later
        date.

        For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.  Each
        statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you
        have other than those listed.  However, you should raise in this motion all available grounds (relating to this conviction)
        on which you based your allegations that you are being held in custody unlawfully.
        Do not check any of these listed grounds.  If you select one or more of these grounds for relief, you must allege facts.
        The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
        (a)   Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding
                of the nature of the charge and the consequences of the plea.
        (b)   Conviction obtained by use of coerced confession.

AO 243   (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Ineffective Assistance of Counsel-Counsel Watson failed to file a direct appeal

Supporting FACTS (state *briefly* without citing cases or law): When the Defendant was sentenced he instructed on such date Counsel Watson to file a direct appeal. Further upon such instruction the defendant paid Watson $700.00 from money he has at sentencing. (Affadavit from wife supports such). It was only later approximately April 2004 that the Defendant was advised that the direct appeal had not been filed because of Watson's ineffectiveness.

B. Ground two: Ineffective Assistance of Counsel
Counsel Watson in failing to perfect as instructed by my direct appeal he failed to challenge and object to the courts improper
Supporting FACTS (state *briefly* without citing cases or law): enhancement of my base offense level and therein not submitting such to a jury. Thus my Sixth Amendment right was violated.

FACTS- When Counsel Watson was instructed at sentencing to file the direct appeal it was therein noted by the Defendant that he the Defendant objected to the enhancements and told Watson to include such on his direct appeal.

C. Ground three: Ineffective Assistance of Counsel- Again failure to perfect appeal and subsequently failure to object to the imposed restitution.
Supporting FACTS (state *briefly* without citing cases or law): The restitution was yet another objection entered by the Defendant and thus he instructed Watson to file such on direct appeal because of the miscalculation and legality of such

(5)

AO 243     (Rev. 5/85)

_____

_____

D.  Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?
     Yes  ☐      No  ☒

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

     (a)  At preliminary hearing   Byron Watson _____

     _____

     (b)  At arraignment and plea   Byron Watson _____

     _____

     (c)  At trial _____

     _____

     (d)  At sentencing ____  Byron Watson _____

(6)

AO 243   (Rev. 5/85)

(e)  On appeal _____

_____

(f)  In any post-conviction proceeding _____

_____

(g)  On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes  ☐      No  ☒

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes  ☒      No  ☐

(a)  If so, give name and location of court which imposed sentence to be served in the future: _Federal_

_District Court-Southern District Texas Houston_

_____

(b)  Give date and length of the above sentence: _December 1 2003 24moths_

_____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes  ☒      No  ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_February  20  2005_
Date

_____
Signature of Petitioner

(7)

I Rudy Rudolph certify that this Memorandum and 2255 Motion was postage paid and placed in the Inmate Mail on February 20 2005.

NOTARY SEAL ___ ___ ___

**FCC Coleman, Florida Sumter County**

**Subscribed and sworn before me this**
_____ day of _____, 20_____
_____
Case Manager

**Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 USC & 4004.)**

Rudy Rudolph
Feb-20-05
DATE

# MEMORANDUM

TO:    UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
         215 RUSK ST.
         HOUSTON, TEXAS 77002

     ATTN: CLERK OF COURT

**UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED**

**FEB 2 5 2005**

**MICHAEL N. MILBY, CLERK OF COURT**

FROM:   RUDY RUDOLPH
         REG. NO.
         F.C.C. COLEMAN LOW B-3
         P.O. BOX 1031
         COLEMAN, FLORIDA 33521-1031

# ▉-05-0669

RE:    Filing of 28 U.S.C. 2255 (Case No. H-00-633-02)

DATE:   February 20 2005

---

Clerk of the Court

     Please find enclosed a complete form for submission and a timely filing per AEDPA.

     As it will noted under Ground One my attorney failed (Ineffective Assistance of Counsel) to perfect a direct appeal as I instructed him to do. Thus, per the Supreme Court in relation to a timely filing of Section 2255's one year limitation period a judgement of conviction becomes final when the time expires for filing a petition for certiorari contesting the appellate court's affirmation of conviction (Clay v. United States ___ US ___ March 4 2003) Therein provides essentially 15months from the date of appellate decision.

     The sentenced of the Defendant occured thus final on Nov. 23, 2003. However he has only recently become aware of Counsel Watson's failure to perfect the direct appeal. Thus in according with Clay this motion is timely filed.

     Further per 'number 2' under the instuctions (front page) the Defendant will file a seprate memorandum under separate cover

within 21 days on or befor March 15 2005 to fully argue the grounds noted and support for such with citations. I wish to continue in forma pauperis.

Respectfully

Feb. 20 . 05

FEDERAL CORRECTIONAL COMPLEX
P.O. Box 1031
Coleman, Florida 33521-1031

LEGAL MAIL
***************

H-05-0669

new

1575?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
515 RUSK STREET
HOUSTON, TEXAS 77002

M
B 22
2005

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 2 5 2005

MICHAEL N. MILBY, CLERK OF COURT

