LETTER/ MOTION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 1 5 2005

August 11, 2005

MICHAEL N. MILBY, CLERK OF COURT

Clerk of Court
U.S. District Court
Southern District of Texas
515 Rusk Street
Houston, Texas 77002

RE: A copy of the Master Docket Sheet and/ or Final Disposition
U.S. v. Rudolph, Civil Case No: H-05-0669, 28 U.S.C. §2255
Criminal Case No: 02-CR-633-2

Dear Honorable Clerk of Court:

    I am seeking your most valuable services in the above referenced matter. I would like for this Court to provide me with the most current Docket Sheet in my case.

    In addition, I would like to know the final disposition of my pending "Motion for Reconsideration", which was filed on March 19, 2005. I am attempting to procure this pertinent information so I can timely file an appeal and request for a certificate of appealability with the 5th Circuit Court of Appeal, to protect my constitutional rights.

    Thanks in advance and your most urgent response is requested.

                                      Respectfully Submitted,

/s/ _____
Rudy Rudolph
88466-079 B3
In Propria Persona
FCI Coleman Low
Federal Correctional
Institution
P.O. Box 1031
Coleman, Florida 33521

cc: Personal File; (3) copies to Clerk; and AUSA Micheal Wynne, P.O. Box
    61129, Houston, Texas, 77208

H. Rudolph
Federal complex Low
P.O. Box 1031
Coleman Florida 33521
08466-079

Clerk Of Court
U.S. District Court
515 Rusk Street
Houston Tx 77002

Legal Mail

TAMPA, FL 336